| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 053L 2:01CR00081-008 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* |
| | | 13CR720 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2013 NOV 27 PM 3:59
WILLIAM W. BLEVINS
CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bryan Williams<br>Houston, Texas | Louisiana Eastern | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Ivan L.R. Lemelle | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/22/2009 | TO 5/21/2014 |

United States District Court
Southern District of Texas
FILED
NOV 21 2013
David J. Bradley, Clerk of Court

**OFFENSE**
21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    LOUISIANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/30/13
*Date*                                                            *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Southern    DISTRICT OF    Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

21 November 2013
*Effective Date*                                                 *United States District Judge*

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS

**David J. Bradley**
CLERK OF COURT

P.O. BOX 61010
HOUSTON, TEXAS 77208

To: Clerk of Court
United States Courthouse
500 Poydras St Room c-151
New Orleans, LA 70130

Date: November 25, 2013

Re: Transfer of Jurisdiction of Supervised Release or Probation.

SDTX case number: 4:13-cr-729

Your case number: 2:01-cr-81-08

Dear Clerk,

    Enclosed is an original or certified copy of the order transferring jurisdiction to our court. We have opened a case in our district with the above referenced number. There is no need to send copies of the indictment, judgment, and order as we have already obtained copies of these documents from your CM/ECF system. If there are any documents that were not available through Pacer, please forward those documents to our office at your earliest convenience.

David J. Bradley, Clerk of Court

By: _____Carol Felchak_____
Deputy Clerk